IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL BEFFA, JR.,

    Plaintiff,

v.                                         CASE NO.: 4:08cv437-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER AWARDING ATTORNEY FEES AND COSTS

THIS CAUSE comes before the Court on Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act. Doc. 20. Defendant filed a response (doc. 21) advising that it does not object to the requested award. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (doc. 20) is granted.

2. The Commissioner is directed to pay the law firm of Binder & Binder P.C $2,930.12, which are reasonable fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $350.00

from the judgment fund administered by the United States Department of Treasury.

  3. The United States Department of Treasury may apply the payment to offset a debt owed by Plaintiff in accordance with 31 C.F.R. § 285.5(e)(6)(ii).

  DONE AND ORDERED this 10th day of May, 2010.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      Chief United States District Judge